Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GUNTERT SALES & ZIMMERMAN, *et.al.*<br><br>　　　　Defendants, | Case No. 2:13−CV−02196−MCE−CKD<br><br>STIPULATION AND ORDER REGARDING SERVICE AND DEADLINE FOR FILING A RESPONSIVE PLEADING |

　　The parties to the above-entitled action hereby stipulate that each of the named defendants, and their counsel, have received copies of the summons, the complaint, and the court's October 21, 2013 Order Requiring Joint Status Report  to in the above captioned matter, and seek to establish a date certain for Defendants to file a responsive pleading.

STIPULATION REGARDING SERVICE AND DEADLINE FOR FILING A RESPONSIVE PLEADING　　1

The Complaint in this action was filed on October 21, 2013.  Defendants have been aware of the Complaint since October 23, 2013, and a copy of the Complaint was sent by email to Defendants' counsel on October 24, 2013.  The parties acknowledge that Defendants have had actual notice of the lawsuit since October 23, 2013.  Defendants further agree to waive service of summons in keeping with Fed. R. Civ. P. 4(d) and 12(a)(1)(A)(ii).

The parties are actively engaged in settlement discussions, and have already participated in an informal, settlement-protected site inspection. The parties are continuing to make progress on their settlement discussions and desire additional time to focus their resources on resolving this case.  As such, the parties stipulate that the undersigned counsel for Defendants will accept service for all defendants effective February 17, 2014, which is within the 120 day period prescribed by Fed. R. Civ. P. 4(m).  The parties further stipulate that Defendants' responsive pleading shall be ordered filed on or before March 29, 2014.

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting the dates set forth herein.

SO STIPULATED.

Respectfully Submitted,

DATED:  January 28, 2014                    JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE


DATED:  January 29, 2014                    VERNON LAW OFFICE

/s/    Cecelia Fusich
By:  Cecelia C. Fusich
Attorney for Defendants
GUNTERT SALES & ZIMMERMAN,
GUNTERT STEEL, and
RONALD M. GUNTERT

**ORDER**

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Service on all Defendants shall be deemed effective February 17, 2014;

2. Defendants shall file a responsive pleading on or before March 29, 2014; and

3. The parties shall file a Joint Status Report with the court no later Monday, April 21, 2014.

IT IS SO ORDERED.

Dated: February 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT