Robert J. Tuerck, State Bar No. 255741
JACKSON & TUERCK
429 Main Street, Suite C
P.O. Box 148
Quincy, CA 95971
Tel: (530) 283-0406
Fax: (530) 283-0416
E-mail: bob@jacksontuerck.com

Andrew L. Packard, State Bar Number 168690
LAW OFFICES OF ANDREW L. PACKARD
100 Petaluma Boulevard, Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@PackardLawOffices.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING PROTECTION ALLIANCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a nonprofit corporation,<br><br>       Plaintiff,<br><br>v.<br><br>GUNTERT SALES & ZIMMERMAN, *et.al.*<br><br>       Defendants, | Case No. 2:13−CV−02196−MCE−CKD<br><br>STIPULATION AND ORDER TO CONTINUE FILING OF DEFENDANTS' INITIAL RESPONSIVE PLEADING |

The parties to the above-entitled action hereby stipulate for Defendants to file a responsive pleading. A prior stipulation continuing the filing date to March 29, 2014 was signed by the court on February 5, 2014.

The parties have been are actively engaged in settlement discussions, and have reached a tentative agreement. The parties have agreed to the substantive terms of the settlement and

TO CONTINUE FILING OF DEFENDANTS' INITIAL RESPONSIVE PLEADING           1

are working to finalize the language of the Consent Agreement.  Therefore, the parties stipulate to continue the date for Defendants to file their responsive pleading, and respectfully request that the court order the pleading to be filed on or before April 7, 2014.

The parties respectfully request that the Court grant this stipulation and sign the order below reflecting the dates set forth herein.

SO STIPULATED.

Respectfully Submitted,

DATED: March 24, 2014                                          JACKSON & TUERCK

/s/ Robert J. Tuerck
Robert J. Tuerck
Attorney for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE


DATED: March 25, 2014                                          VERNON LAW OFFICE

/s/ __Cecelia C. Fusich_____
By:  Cecelia C. Fusich
Attorney for Defendants
GUNTERT SALES & ZIMMERMAN,
GUNTERT STEEL, and
RONALD M. GUNTERT

## ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

1. Defendants shall file a responsive pleading on or before April 7, 2014; and

3. The parties shall file a Joint Status Report with the court no later Monday, April 21, 2014.

IT IS SO ORDERED.

Dated: April 2, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

TO CONTINUE FILING OF DEFENDANTS' INITIAL RESPONSIVE PLEADING                          2