1
2
3
4

ROBERT J. TUERCK (Bar No. 255741)
Jackson & Tuerck
P.O. Box 148
429 W. Main Street, Suite C
Quincy, CA 95971
Tel: (530) 283-0406
E-mail: bob@jacksontuerck.com

5
6
7
8
9

ANDREW L. PACKARD (Bar No. 168690)
Law Offices of Andrew L. Packard
100 Petaluma Blvd. N., Suite 301
Petaluma, CA 94952
Tel: (707) 763-7227
Fax: (707) 763-9227
E-mail: Andrew@packardlawoffices.com

10
11

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

12
13

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

14
15
16
17
18
19
20

CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE, a non-profit
corporation,
                          Plaintiff,

        vs.

GUNTERT & ZIMMERMAN CONST.
DIV., INC., *et.al.*

                          Defendants.

2:13−CV−02196−MCE−CKD

**STIPULATION TO APPROVE
CONSENT AGREEMENT AND TO
DISMISS PLAINTIFF'S CLAIMS WITH
PREJUDICE; ORDER APPROVING
CONSENT AGREEMENT AND
GRANTING DISMISSAL WITH
PREJUDICE [FRCP 41(a)(2)]**

(Federal Water Pollution Control Act,
33 U.S.C. §§ 1251 to 1387)

21

TO THE COURT:

22

        Plaintiff CALIFORNIA SPORTFISHING PROTECTION ALLIANCE ("PLAINTIFF"

23

or "CSPA"), and Defendants GUNTERT & ZIMMERMAN CONST. DIV., INC. and

24

GUNTERT SALES DIV., INC. (named in the lawsuit as Guntert Sales & Zimmerman, Guntert

25

Steel), and RONALD M. GUNTERT (collectively, the "DEFENDANTS") stipulate as follows:

26
27
28

**WHEREAS**, on or about August 20, 2013, CSPA provided DEFENDANTS with a Notice of Violations and Intent to File Suit ("60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

**WHEREAS**, on October 21, 2013, CSPA filed its Complaint against DEFENDANTS in this Court, and said Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter;

**WHEREAS**, on April 7, 2014, the parties stipulated to and CSPA filed its First Amended Complaint against DEFENDANTS in this Court, and said First Amended Complaint incorporated by reference all of the allegations contained in CSPA's 60-Day Notice Letter ("Complaint");

**WHEREAS**, CSPA and DEFENDANTS, through their authorized representatives and without either adjudication of CSPA's claims or admission by DEFENDANTS of any alleged violation or other wrongdoing, have chosen to avoid the costs and uncertainties of further litigation and to to compromise, resolve, settle, and terminate, in full, any and all disputes or claims between them as to the allegations set forth in the 60-Day Notice Letter and Complaint. A copy of the agreement ("Consent Agreement") entered into by CSPA and DEFENDANTS is attached hereto as **Exhibit A** and incorporated by this reference.

**WHEREAS**, the Parties submitted the Consent Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice ("the agencies") and the 45-day review period set forth at 40 C.F.R. § 135.5 has been completed without objection by the agencies.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED TO BY AND BETWEEN THE PARTIES**:

1.    That the Court be requested to approve the Consent Agreement attached hereto as Exhibit A and enter judgment in therewith;

2.    That CSPA's claims, as set forth in the Clean Water Act Notice Letters and Complaint, be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

The Parties respectfully request an order from this Court dismissing such claims with prejudice. In accordance with the terms and conditions of the Consent Agreement, the Parties also request that this Court retain and have jurisdiction over the CSPA and Defendants GUNTERT & ZIMMERMAN CONST. DIV., INC. and GUNTERT SALES DIV., INC. through the full term of the Consent Agreement, for the sole purpose of resolving any disputes between the Parties with respect to enforcement of any provision of the Consent Agreement.

DATED:  May 6, 2014                          JACKSON & TUERCK

                                             /s/ Robert J. Tuerck_____
                                             Robert J. Tuerck
                                             Attorney for Plaintiff
                                             CALIFORNIA SPORTFISHING PROTECTION
                                             ALLIANCE

DATED:  May 6, 2014                          VERNON LAW OFFICE

                                             /s/ __Cecelia C. Fusich_____
                                             By:  Cecelia C. Fusich
                                             Attorney for Defendants
                                             GUNTERT SALES & ZIMMERMAN, GUNTERT
                                             STEEL, and
                                             RONALD M. GUNTERT

### ORDER

**WHEREAS**, the Parties have consented to entry of the foregoing Consent Agreement and requested the Court's approval and entry thereof; and

**WHEREAS**, pursuant to 33 U.S.C. § 1365(c)(3), the Parties submitted the Consent Agreement to the United States Attorney General and the Administrator of the United States Environmental Protection Agency and the 45-day review period has been completed without objection by the agencies;

**WHEREAS**, the Court has reviewed the Consent Agreement and fully considered the Parties' request to enter this Consent Agreement as an order; and

**WHEREAS**, the Court finds the Consent Agreement to be: (1) fair, adequate and reasonable; (2) consistent with applicable laws; and (3) protective of the public interest; and

**WHEREAS**, good cause appearing therefore,

1.    THIS CONSENT AGREEMENT IS HEREBY APPROVED AND JUDGMENT IS ENTERED IN ACCORDANCE THEREWITH;

2.    Plaintiff California Sportfishing Protection Alliance's claims against Defendants GUNTERT & ZIMMERMAN CONST. DIV., INC., GUNTERT SALES DIV., INC., and RONALD M. GUNTERT, as set forth in the Clean Water Act Notice Letters and Complaint filed in Case No. 2:13−CV−02196−MCE−CKD, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties  with respect to disputes arising under the Consent Agreement attached to the Parties' Stipulation to Approve Consent Agreement and Dismiss as **Exhibit A**.

IT IS SO ORDERED.


**Dated:  May 13, 2014**

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT